Sevan Gobel, Esq. (SBN: 221768)
sgobel@lbbklaw.com
LAGASSE BRANCH BELL + KINKEAD LLP
707 Wilshire Boulevard, Suite 3225
Los Angeles, CA 90017
Telephone: (213) 817-9152
Facsimile: (213) 817-9154

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBA LUZ RODRIGUEZ TERRAZAZ, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, Washington Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-01070-SP<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFFS' COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiffs, ELBA LUZ RODRIGUEZ TERRAZAZ, (hereinafter "Plaintiffs") and Defendant, COSTCO WHOLESALE CORPORATION (hereinafter "Costco"), through their designated counsel of record, that defendant Costco be dismissed from the above-captioned action ***with prejudice*** pursuant to *Federal Rule of Civil Procedure* 41(a)(1) with defendant Costco and Plaintiff to bear their own costs to date.

///
/

IT IS HEREBY FURTHER STIPULATED by and between Plaintiffs and Costco through their designated counsel of record that the entire above-captioned action be dismissed **with prejudice** pursuant to *Federal Rule of Civil Procedure* 41(a)(1) with defendant Costco and Plaintiffs to bear their own costs to date.

Dated: May 15, 2025         MARK H. APRAHAMIAN, P.C.

By: *Margaret M. Kame*
Margaret M. Kame, Esq.
Mark H. Aprahamian, Esq.
ELBA LUZ RODRIGUEZ TERRAZAZ

Dated: June 16, 2025        LAGASSE BRANCH BELL + KINKEAD LLP

By: *Sevan Gobel*
Sevan Gobel, Esq.
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION