JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBA LUZ RODRIGUEZ TERRAZAZ, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, Washington Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.  5:25-cv-01070-SP<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL** |

Upon consideration of the Stipulation for Dismissal submitted by plaintiff, ELBA LUZ RODRIGUEZ TERRAZAZ, and defendant, COSTCO WHOLESALE CORPORATION,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:  June 18, 2025

_____
Honorable Sheri Pym
United States Magistrate Judge

-1-
[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL